JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Jiyu Hao ; | USCIS National Benefits Center ; |
| **County of Residence:** Outside This District | **County of Residence:** Jackson County |

**County Where Claim For Relief Arose:** Jackson County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Anthony Landery Gosserand (Jiyu Hao) | U.S. Attorney's Office ( USCIS National Benefits Center) |
| VAN OSDOL, PC | |
| 2600 Grand Blvd., Suite 630 | 400 East 9th Street, Room 5510 |
| Kansas City, Missouri 64108 | Kansas City, Missouri 64106 |
| **Phone:** 816-421-0644 | **Phone:** |
| **Fax:** 816-421-0758 | **Fax:** |
| **Email:** tgosserand@VanOsdolKC.com | **Email:** |

**Basis of Jurisdiction:** 2. U.S. Government Defendant

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 465 Other Immigration Actions
**Cause of Action:** Complaint Under Administrative Procedures Act for Unreasonable Delay
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 0.00
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Anthony L. Gosserand

**Date:** 01/12/2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.